ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

Feb 6, 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING: <br><br> a green Motorola cellphone with no apparent serial or IMEI number; a black Samsung cellphone with IMEI number 352215330747989; a black Samsung cellphone with IMEI number 352096697457671; a grey Apple iPad with serial number GCJVFYCKHLF9; a blue Gateway laptop computer with serial number 8GWTC116-2BL1A211024980; and a blue Western Digital hard drive with serial number WXK1E268WF39, CURRENTLY LOCATED AT the United States Postal Inspection Service, Sacramento Domicile, 2000 Royal Oaks Dr, Sacramento, California. | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT <br><br> 2:24-SW-0634 AC |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered unsealed.

Dated:    February 6, 2026

The Honorable Chi Soo Kim
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT